## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*,
MARCO WHITE, MARK MITCHELL, and
LESLIE LAKIND,

        Plaintiffs,

        v.                                                                                  Civil Action No. 22-284 WJ-JFR

COUY GRIFFIN,

        Defendant.

## NOTICE OF COMPLETION OF BRIEFING

Plaintiffs give notice to the Court and counsel of record that briefing is complete on Plaintiffs' Motion to Remand:

1. Plaintiffs' Motion to Remand and Supporting Memorandum (Doc. 10), filed April 10, 2022;

2. Griffin's Opposition to Plaintiffs' Motion to Remand (Doc 15), filed April 24, 2022; and

3. Reply in Support of Plaintiffs' Motion to Remand (Doc. 23), filed May 9, 2022.

Date: May 9, 2022

Respectfully Submitted,

FREEDMAN BOYD HOLLANDER
& GOLDBERG, P.A.

*/s/ Joseph Goldberg*
Joseph Goldberg
20 First Plaza NW, Suite 700
Albuquerque, NM 87102
P: 505.842.9960, F: 505.944.8060
jg@fbdlaw.com

Christopher A. Dodd
Dodd Law Office, LLC
20 First Plaza NW, Suite 700
Albuquerque, NM 87102
P:  505.475.2742
chris@doddnm.com

Amber Fayerberg
Law Office of Amber Fayerberg
2045 Ngunguru Road
Ngunguru, 0173, New Zealand
P:  +64 27 505 5005
amber@fayerberglaw.com

Noah Bookbinder*
Donald Sherman*
Nikhel Sus*
Stuart McPhail*
Citizens for Responsibility and Ethics in
  Washington
1331 F Street NW, Suite 900
Washington, DC 20004
P:  202.408.5565
nbookbinder@citizensforethics.org
dsherman@citizensforethics.org
nsus@citizensforethics.org
smcphail@citizensforethics.org
*Pro hac vice

*Attorneys for Plaintiffs*

## Certificate of Service

     I hereby certify that on May 9, 2022, the foregoing was filed through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Joseph Goldberg*
Joseph Goldberg